In the Matter of SUSAN H. CLARK et al., Appellants, against
BOARD OF ZONING APPEALS OF THE TOWN OF HEMPSTEAD
et al., Respondents, and RICHARD W. BARNES, Intervener,
Respondent.

Submitted October 2, 1950; decided October 5, 1950.

Motion for reargument, or, in the alternative, to amend the
remittitur denied, with $10 costs and necessary printing dis-
bursements. [See 301 N. Y. 86.]